**Fred E. SUITS et al. v. MAGNOLIA PETROLEUM COMPANY et al.**

**No. 347.**

Circuit Court of Appeals, Tenth Circuit.

Jan. 19, 1931.

See, also, (D. C.) 31 F.(2d) 205; (C. C. A.) 40 F.(2d) 161; (C. C. A.) 43 F.(2d) 280.

Allen & Jarman, Everest, Dudley & Brewer, and Suits & Disney, all of Oklahoma City, Okl., for appellants.

B. B. Blakeney and Kathryn Van Leuven, both of Oklahoma City, Okl., for appellees.

Before COTTERAL, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed January 19, 1931, per stipulation, at costs of appellants.